STATE OF NEW JERSEY v. JOSEPH STENSON.

February 7, 1983.

Petition for certification denied. (See 188 *N.J.Super.* 361)

STATE OF NEW JERSEY v. JAMES BENJAMIN.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY DURDEN.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD CAMPBELL.

February 7, 1983.

Petition for certification denied.